UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 03-2428 (PLF) |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, Administrator ) | |
| United States Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

For the reasons stated by separate Opinion issued this same day, it is hereby

ORDERED that the plaintiff's motion under Rule 59(e) to alter or amend judgment is GRANTED in part and DENIED in part; the Court GRANTS plaintiff's motion to alter or amend judgment of her retaliation claim and DENIES plaintiff's motion to alter or amend judgment of her disability discrimination claim, as it is

FURTHER ORDERED that counsel for the parties shall meet and confer and file a joint written report as to how they wish to proceed in this case with a proposed schedule on or before December 20, 2005.

SO ORDERED.

_____\s\_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 29, 2005